Certificate Number: 14912-GAN-DE-035901529

Bankruptcy Case Number: 21-40241



14912-GAN-DE-035901529

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2021, at 5:21 o'clock PM EDT, Michelle Oquinn completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  August 9, 2021

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor